No. 746. Taft, Executor, *v.* Commissioner of Internal Revenue. March 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. *Mr. Robert A. Taft* for petitioner. *Acting Solicitor General Bell, Assistant Attorney General Morris,* and *Mr. J. Louis Monarch* and *Louise Foster* for respondent.

No. 756. Federal Trade Commission *v.* Goodyear Tire & Rubber Co. March 7, 1938. Petition for writ of certiorari to the Circuit Court of Appeals for the Sixth Circuit granted. Mr. Justice Stone and Mr. Justice Reed took no part in the consideration or decision of this application. *Acting Solicitor General Bell* for petitioner. *Mr. William B. Cockley* for respondent.

No. 773. Aetna Insurance Co. *v.* United Fruit Co.;
No. 774. Union Marine & General Ins. Co. *v.* Same; and
No. 775. Boston Insurance Co. *v.* Same. March 14, 1938. Petition for writs of certiorari to the Circuit Court of Appeals for the Second Circuit granted. *Messrs. D. Roger Englar, T. Catesby Jones, Oscar R. Houston,* and *Martin Detels* for petitioners. *Messrs. Cletus Keating* and *Richard Sullivan* for respondent. Reported below: 92 F. 2d 576.